**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Tanner**<br>First name<br><br>**Evan**<br>Middle name<br><br>**Rupp**<br>Last name and Suffix (Sr., Jr., II, III) | **Tania**<br>First name<br><br>**Rae**<br>Middle name<br><br>**Rupp**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1283 | xxx-xx-9783 |

Debtor 1    **Tanner Evan Rupp**

Debtor 2    **Tania Rae Rupp**
_____

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

| **5.** **Where you live** | **9422 Bordet Court** **Orlando, FL 32827-7525** | **If Debtor 2 lives at a different address:** |
|---|---|---|
| | Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Orange** | |
| | County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| **6.** **Why you are choosing** *this district* **to file for bankruptcy** | *Check one:* | *Check one:* |
|---|---|---|
| | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | **Tanner Evan Rupp** | | |
|---|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **New Earth Yoga LLC** | Relationship to you | **Affiliate** |
|---|---|---|---|
| District | **Middle District of Florida** | When  **6/18/25** | Case number, if known  **6:25-bk-03782-LVV** |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

---

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____

_____

Number, Street, City, State & Zip Code

---

Debtor 1    **Tanner Evan Rupp**

Debtor 2    **Tania Rae Rupp**

Case number *(if known)* _____

| | | | |
|---|---|---|---|

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | | |
|---|---|---|
| **15.** **Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | **About Debtor 1:**<br>*You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | **About Debtor 2 (Spouse Only in a Joint Case):**<br>*You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Tanner Evan Rupp**

Debtor 2    **Tania Rae Rupp**

Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16.** What kind of debts do you have?

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Tanner Evan Rupp | /s/ Tania Rae Rupp |
| --- | --- |
| **Tanner Evan Rupp** | **Tania Rae Rupp** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on   **June 24, 2025** | Executed on   **June 24, 2025** |
| MM / DD / YYYY | MM / DD / YYYY |

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**/s/ Jeffrey S. Ainsworth**                                          Date      **June 24, 2025**
Signature of Attorney for Debtor                                              MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone    **407 894 6834**                     Email address      **jeff@bransonlaw.com**

**060769 FL**
Bar number & State

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Tanner Evan Rupp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tania Rae Rupp** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** **List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | **Unsecured claim** |
|---|---|---|---|
| **1** | **Aloma Shopping Center, Inc.** **c/o The Sembler Company** **5858 Central Avenue** **Saint Petersburg, FL 33707** | What is the nature of the claim?  **Personal Guarantee** | **$664,118.40** |

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:          -
Unsecured claim

Contact

Contact phone

| | | | |
|---|---|---|---|
| **2** | **Amex** **Correspondence/Bankruptcy** **Po Box 981535** **El Paso, TX 79998** | What is the nature of the claim?  **Credit Card** | **$8,419.00** |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Value of security:          -

Contact

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                          Case number *(if known)* _____

Contact phone _____                Unsecured claim                    _____

---

| **3** | **Best Version Media**<br>**PO Box 505**<br>**Brookfield, WI 53008** | What is the nature of the claim? | advertising | $9,995.00 |

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    _____

Contact _____        Value of security:  - _____

Contact phone _____        Unsecured claim    _____

---

| **4** | **Bre Mariner Conway Crossing**<br>**c/o Brixmor Property Group**<br>**450 Lexington Avenue**<br>**Floor 13**<br>**New York, NY 10017** | What is the nature of the claim? | **Personal Guarantee** | $403,338.50 |

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    _____

Contact _____        Value of security:  - _____

Contact phone _____        Unsecured claim    _____

---

| **5** | **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | What is the nature of the claim? | **Charge Account** | $2,697.00 |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    _____

Contact _____        Value of security:  - _____

Contact phone _____        Unsecured claim    _____

---

| **6** | **Chase Bank**<br>**PO Box 15123**<br>**Wilmington, DE 19850-5123** | What is the nature of the claim? | **Credit Card** | $11,337.00 |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- None of the above apply

---

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                    Case number *(if known)*

■

_____

**Does the creditor have a lien on your property?**

_____                ■    No
Contact                                 ☐    Yes. Total claim (secured and unsecured)
_____                      Value of security:                  -  _____
Contact phone                                 Unsecured claim                        _____

---

| 7 | | | | |
|---|---|---|---|---|

**Chase Bank**              **What is the nature of the claim?**   **Credit Card**   **$6,654.05**
**PO Box 15123**
**Wilmington, DE 19850-5123**   **As of the date you file, the claim is:** Check all that apply
                            ☐    Contingent
                            ☐    Unliquidated
                            ☐    Disputed
                            ■    None of the above apply

                            **Does the creditor have a lien on your property?**

_____     ■    No
Contact                     ☐    Yes. Total claim (secured and unsecured)
_____          Value of security:                  -  _____
Contact phone                     Unsecured claim                        _____

---

| 8 | | | | |
|---|---|---|---|---|

**Chase Bank**              **What is the nature of the claim?**   **Personal Guarantee**   **$51,159.01**
**P.O. Box 15153**
**Wilmington, DE 19886-5153**   **As of the date you file, the claim is:** Check all that apply
                            ■    Contingent
                            ■    Unliquidated
                            ☐    Disputed
                            ☐    None of the above apply

                            **Does the creditor have a lien on your property?**

_____     ■    No
Contact                     ☐    Yes. Total claim (secured and unsecured)
_____          Value of security:                  -  _____
Contact phone                     Unsecured claim                        _____

---

| 9 | | | | |
|---|---|---|---|---|

**Chase Bank**              **What is the nature of the claim?**   **Credit Card**   **$20,812.15**
**PO Box 15123**
**Wilmington, DE 19850-5123**   **As of the date you file, the claim is:** Check all that apply
                            ☐    Contingent
                            ☐    Unliquidated
                            ☐    Disputed
                            ■    None of the above apply

                            **Does the creditor have a lien on your property?**

_____     ■    No
Contact                     ☐    Yes. Total claim (secured and unsecured)
_____          Value of security:                  -  _____
Contact phone                     Unsecured claim                        _____

---

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

**10**

**Five Star Bank**
**PO Box 779000**
**Rocklin, CA 95677**

What is the nature of the claim?

**9422 Bordet Court**
**Orlando, FL**
**32827-7525  Orange**
**County**
**LOT 31, LAUREATE**
**PARK PHASE 3A,**
**according to the map**
**or plat thereof, as**
**recorded in Plat Boo**

$590,240.57

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    $590,240.57
   Value of security:    - $974,753.00
   Unsecured claim    $590,240.57

Contact

Contact phone

---

**11**

**Flowater (drinkflowater.com)**
**4045 Pecos Street**
**# 160**
**Denver, CO 80211**

What is the nature of the claim?    Personal Guarantee    $6,250.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:    -
   Unsecured claim

Contact

Contact phone

---

**12**

**Flowater (drinkflowater.com)**
**4045 Pecos Street**
**# 160**
**Denver, CO 80211**

What is the nature of the claim?    Personal Guarantee    $4,875.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
   Value of security:    -
   Unsecured claim

Contact

Contact phone

---

**13**    What is the nature of the claim?    personal guarantee    $19,500.00

| Debtor 1 | Tanner Evan Rupp | | Case number *(if known)* | |
| Debtor 2 | Tania Rae Rupp | | | |

**John & Susan Rupp**
**6341 Mossy Oak Road**
**Saint Cloud, FL 34771**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**14**   **Jpmcb**
**MailCode LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

What is the nature of the claim?   **Credit Card**   **$56,007.19**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**15**   **Laboratory Corporation**
**PO Box 2240**
**Burlington, NC 27216-2240**

What is the nature of the claim?   **medical bill**   **$163.80**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: - _____
  - Unsecured claim _____

Contact _____

Contact phone _____

---

**16**   **Pawnee Leasing Corporation**
**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**

What is the nature of the claim?   **personal gaurantee**   **$56,690.82**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                          Case number *(if known)* _____

Contact _____

☐ Yes. Total claim (secured and unsecured) _____
Contact phone _____    Value of security: - _____
                                Unsecured claim _____

---

**17**

**POS Portal, Inc.**
**180 Promenade Circle**
**Suite 215**
**Sacramento, CA 95834**

What is the nature of the claim?    personal guarantee    $1,500.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No

Contact _____
☐ Yes. Total claim (secured and unsecured) _____
Contact phone _____    Value of security: - _____
                                Unsecured claim _____

---

**18**

**Schoolsfirst Fcu**
**15442 Newport Avenue**
**Titusville, FL 32780**

What is the nature of the claim?    **2024 Chevrolet Suburban 16,764 miles Vin #: 1GNSKDKD9RR312067 Condition: good**    $17,132.94

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No

Contact _____
■ Yes. Total claim (secured and unsecured) **$79,543.94**
Contact phone _____    Value of security: - **$62,411.00**
                                Unsecured claim **$17,132.94**

---

**19**

**Steven & Barbara Norseth**
**13915 Arbor Glen Court**
**Orlando, FL 32832**

What is the nature of the claim?    **Personal Guarantee**    $30,000.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No

Contact _____
☐ Yes. Total claim (secured and unsecured) _____
Contact phone _____    Value of security: - _____
                                Unsecured claim _____

---

Debtor 1    **Tanner Evan Rupp**

Debtor 2    **Tania Rae Rupp**

Case number *(if known)*

---

| 20 | | | | |
|---|---|---|---|---|
| | | **What is the nature of the claim?** | **9422 Bordet Court Orlando, FL 32827-7525  Orange County LOT 31, LAUREATE PARK PHASE 3A, according to the map or plat thereof, as recorded in Plat Boo** | $153,336.57 |

**Truist Financial**
**Attn: Bankruptcy**
**214 N Tryon St**
**Charlotte, NC 28202**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    $422,486.26
  - Value of security:    - $974,753.00
  - Unsecured claim    $153,336.57

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ Tanner Evan Rupp**

**Tanner Evan Rupp**
Signature of Debtor 1

Date    **June 24, 2025**

X    **/s/ Tania Rae Rupp**

**Tania Rae Rupp**
Signature of Debtor 2

Date    **June 24, 2025**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| | First Name___Middle Name___Last Name |
| Debtor 2 | **Tania Rae Rupp** |
| (Spouse if, filing) | First Name___Middle Name___Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $   974,753.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $   137,157.72 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $   1,111,910.72 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   1,802,330.08 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $   0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $   1,353,516.92 |
| **Your total liabilities** | $   3,155,847.00 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................... | $   24,486.17 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $   21,711.31 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Tanner Evan Rupp**

Debtor 2   **Tania Rae Rupp**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

| **Fill in this information to identify your case and this filing:** | | |
|---|---|---|
| Debtor 1 | **Tanner Evan Rupp** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Tania Rae Rupp** | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | |
| Case number | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**9422 Bordet Court**
Street address, if available, or other description

**Orlando          FL     32827-7525**
City          State     ZIP Code

**Orange**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**LOT 31, LAUREATE PARK PHASE 3A, according to the map or plat thereof, as recorded in Plat Book 77, Page(s) 106 through 111, inclusive, of the Public Records of Orange County, Florida**
**Parcel Id: 31-24-30-4854-00-310**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?
**$974,753.00**

Current value of the portion you own?
**$974,753.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

**$974,753.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Suburban** | ☐ Debtor 1 only | |
|---|---|---|---|---|
| | Year: | **2024** | ☐ Debtor 2 only | |
| | Approximate mileage: | **16,764** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |

> **Vin #: 1GNSKDKD9RR312067**
> **Condition: good**

Current value of the entire property? **$62,411.00** Current value of the portion you own? **$62,411.00**

☐ Check if this is community property
(see instructions)

| 3.2 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **Explorer** | ☐ Debtor 1 only | |
|---|---|---|---|---|
| | Year: | **2020** | ☐ Debtor 2 only | |
| | Approximate mileage: | **58,562** | ■ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |

> **Vin #: 1FMSK8DH0LGB75390**
> **Condition: good**

Current value of the entire property? **$21,000.00** Current value of the portion you own? **$21,000.00**

☐ Check if this is community property
(see instructions)

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>  **$83,411.00**

**Part 3:  Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

> **2 fridges, washer, dryer, oven, outdoor grill, furniture for 4 bedrooms, living room furniture, end tables, 2 dining tables & chairs, 1 outdoor dining set, outdoor sofa, counter stools, kitchenware, cutlery, towels, bedding**

**$10,000.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

> **6 TVs, 2 cell phones**

**$200.00**

| Debtor 1 | **Tanner Evan Rupp** | | |
|---|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* | |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ■ Yes.  Describe.....

| small grand piano | $3,000.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ■ Yes.  Describe.....

| Glock9 | $200.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes.  Describe.....

| Mens clothing & shoes | $153.00 |
|---|---|

| Womans clothing & shoes | $175.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes.  Describe.....

| wedding band, wedding set | $5,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes.  Describe.....

| 2 dogs | $2.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................. | $18,730.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured |
|---|---|

| Debtor 1 | **Tanner Evan Rupp** | | |
|---|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* | |

claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes.....................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Members Savings** | **Schools First Federal Credit Union** <br> **Account No. ending in 5019** | **$5.05** |
| 17.2. | **Checking** | **Regions Bank** <br> **Account No. ending in 7140** | **$30,861.09** |
| 17.3. | **Debit Card** | **GreenLight Debit Card for minor child** <br> **Card No. ending in 1260** | **$246.58** |
| 17.4. | **Debit Card** | **GreenLight Debit Card for minor child** <br> **Card No. ending in 3514** | **$60.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes.................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Onesearch Partners, LLC** | **100** | % | **$100.00** |
| **New Earth Yoga Holding Company LLC -** <br> **pending merger with New Earth Yoga LLC** | **100** | % | **$0.00** |
| **New Earth Yoga LLC** | **100%** | % | **$100.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
        Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
        Type of account:        Institution name:

| Debtor 1 | **Tanner Evan Rupp** |
|---|---|
| Debtor 2 | **Tania Rae Rupp** |

Case number *(if known)* _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ..................... Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
■ Yes. Give specific information about them...

| 3 unbuilt licenses to build Yogasix locations | $0.00 |
|---|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

| Debtor 1 | **Tanner Evan Rupp** |
|---|---|
| Debtor 2 | **Tania Rae Rupp** |

Case number *(if known)* _____

| | | |
|---|---|---|
| **Banner Life Insurance Company**<br>**Policy No. ending in 8738** | **Tanner E. Rupp** | **$1.00** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 8511** | **Tanner E. Rupp** | **$1.00** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 6977** | **Tanner E. Rupp** | **$1.00** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 9737** | **Tania R. Rupp** | **$1.00** |
| **Thrivent Financial for Lutherans** | | **$2,101.00** |
| **TruStage Life Insurance Company**<br>**Policy No. ending in 9094 (term policy)** | | **$1.00** |
| **Ladder Insurance Services, LLC**<br>**Policy No. ending in 4641** | **Tania Rupp** | **$1.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| **$33,479.72** |
|---|

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

38. **Accounts receivable or commissions you already earned**
 ■ No
 ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
 *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
 ☐ No
 ■ Yes. Describe.....

| printer | $50.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
 ■ No
 ☐ Yes. Describe.....

41. **Inventory**
 ■ No
 ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
 ■ No
 ☐ Yes. Give specific information about them...................
  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
 ■ No.
 ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ■ No
  ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
 ■ No
 ☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here........................................................................................................

| | |
|---|---|
| | $50.00 |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
 ■ No. Go to Part 7.
 ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

| Debtor 1 | **Tanner Evan Rupp** | | |
|---|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | | Case number *(if known)* |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| **table saw, band saw, lathe** | $1,487.00 |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  $1,487.00

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ............................................................................................. $974,753.00
56. **Part 2: Total vehicles, line 5**                                              $83,411.00
57. **Part 3: Total personal and household items, line 15**                        $18,730.00
58. **Part 4: Total financial assets, line 36**                                    $33,479.72
59. **Part 5: Total business-related property, line 45**                              $50.00
60. **Part 6: Total farm- and fishing-related property, line 52**                      $0.00
61. **Part 7: Total other property not listed, line 54**          +                $1,487.00

62. **Total personal property.** Add lines 56 through 61...    $137,157.72    Copy personal property total    $137,157.72

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    $1,111,910.72

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Tanner Evan Rupp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tania Rae Rupp** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **9422 Bordet Court Orlando, FL 32827-7525  Orange County LOT 31, LAUREATE PARK PHASE 3A, according to the map or plat thereof, as recorded in Plat Book 77, Page(s) 106 through 111, inclusive, of the Public Records of Orange County, Florida Parcel Id: 31-2** Line from *Schedule A/B*: **1.1** | $974,753.00 | ■ | **100%** | **Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **2020 Ford Explorer 58,562 miles Vin #: 1FMSK8DH0LGB75390 Condition: good** Line from *Schedule A/B*: **3.2** | $21,000.00 | ■ | **$5,000.00** | **Fla. Stat. Ann. § 222.25(1)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **6 TVs, 2 cell phones** Line from *Schedule A/B*: **7.1** | $200.00 | ■ | **$200.00** | **Fla. Const. Art. X, § 4(a)(2)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Glock9** Line from *Schedule A/B*: **10.1** | $200.00 | ■ | **$200.00** | **Fla. Const. Art. X, § 4(a)(2)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1  **Tanner Evan Rupp**
Debtor 2  **Tania Rae Rupp**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Mens clothing & shoes**<br>Line from *Schedule A/B*: **11.1** | $153.00 | ■ $153.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Womans clothing & shoes**<br>Line from *Schedule A/B*: **11.2** | $175.00 | ■ $175.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **wedding band, wedding set**<br>Line from *Schedule A/B*: **12.1** | $5,000.00 | ■ $1,020.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **2 dogs**<br>Line from *Schedule A/B*: **13.1** | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Onesearch Partners, LLC**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **New Earth Yoga LLC**<br>**100%**<br>Line from *Schedule A/B*: **19.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 8738**<br>**Beneficiary: Tanner E. Rupp**<br>Line from *Schedule A/B*: **31.1** | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 8511**<br>**Beneficiary: Tanner E. Rupp**<br>Line from *Schedule A/B*: **31.2** | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 6977**<br>**Beneficiary: Tanner E. Rupp**<br>Line from *Schedule A/B*: **31.3** | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **Banner Life Insurance Company**<br>**Policy No. ending in 9737**<br>**Beneficiary: Tania R. Rupp**<br>Line from *Schedule A/B*: **31.4** | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **TruStage Life Insurance Company**<br>**Policy No. ending in 9094 (term policy)**<br>Line from *Schedule A/B*: **31.6** | $1.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Tanner Evan Rupp** |
|---|---|
| Debtor 2 | **Tania Rae Rupp** |

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Ladder Insurance Services, LLC Policy No. ending in 4641 Beneficiary: Tania Rupp** Line from *Schedule A/B*: **31.7** | $1.00 | ■ 100% <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **printer** Line from *Schedule A/B*: **39.1** | $50.00 | ■ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Fla. Const. Art. X, § 4(a)(2)** |

3.  **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tania Rae Rupp** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

| 2.1 | **Chartway Federal Cu** | | $4,456.00 | $21,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2020 Ford Explorer 58,562 miles**
**Vin #: 1FMSK8DH0LGB75390**
**Condition: good**

**5700 Cleveland St**
**Virginia Beach, VA 23462**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

| Date debt was incurred | **Opened 09/20  Last Active 3/03/25** | Last 4 digits of account number | **0050** |
|---|---|---|---|

Debtor 1    **Tanner Evan Rupp**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2    **Tania Rae Rupp**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (if known) _____

---

| 2.2 | **First Tech FCU** | | $705,603.31 | $974,753.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**9422 Bordet Court Orlando, FL 32827-7525  Orange County LOT 31, LAUREATE PARK PHASE 3A, according to the map or plat thereof, as recorded in Plat Book 77, Page(s) 106 through 111, inclusive, of the Public Records of Orange County, Florida**

**Attn: Bankruptcy**
**9960 Stevens Creek Blvd**
**Cupertino, CA 95014**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred    **Opened 06/21 Last Active 03/25**

Last 4 digits of account number    **1493**

---

| 2.3 | **Five Star Bank** | | $590,240.57 | $974,753.00 | $590,240.57 |

Creditor's Name

Describe the property that secures the claim:

**9422 Bordet Court Orlando, FL 32827-7525  Orange County LOT 31, LAUREATE PARK PHASE 3A, according to the map or plat thereof, as recorded in Plat Book 77, Page(s) 106 through 111, inclusive, of the Public Records of Orange County, Florida**

**PO Box 779000**
**Rocklin, CA 95677**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **collateral loan**

Date debt was incurred    **5/2024**

Last 4 digits of account number    **1066**

---

Debtor 1   **Tanner Evan Rupp**
      First Name        Middle Name        Last Name

Case number (if known) _____

Debtor 2   **Tania Rae Rupp**
      First Name        Middle Name        Last Name

---

| 2.4 | **Schoolsfirst Fcu** | | | $79,543.94 | $62,411.00 | $17,132.94 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2024 Chevrolet Suburban 16,764 miles**
**Vin #: 1GNSKDKD9RR312067**
**Condition: good**

**15442 Newport Avenue**
**Titusville, FL 32780**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Date debt was incurred    **Opened 08/24  Last Active 3/21/25**

Last 4 digits of account number    **8955**

---

| 2.5 | **Truist Financial** | | | $422,486.26 | $974,753.00 | $153,336.57 |
|---|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**9422 Bordet Court Orlando, FL 32827-7525  Orange County**
**LOT 31, LAUREATE PARK PHASE 3A, according to the map or plat thereof, as recorded in Plat Book 77, Page(s) 106 through 111, inclusive, of the Public Records of Orange County, Florida**

**Attn: Bankruptcy**
**214 N Tryon St**
**Charlotte, NC 28202**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **HELOC**

Date debt was incurred    **Opened 10/22  Last Active 3/12/25**

Last 4 digits of account number    **5998**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,802,330.08 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,802,330.08 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any

| Debtor 1 | **Tanner Evan Rupp** | | | Case number (if known) | _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Tania Rae Rupp** | | | | |
| | First Name | Middle Name | Last Name | | |

debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**First Tech Federal Credit Un
181 East Tasman Drive
Suite 10
San Jose, CA 95134**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**U.S. Small Business Admin.
7825 Baymeadows Way Ste 100-
Jacksonville, FL 32256**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Tania Rae Rupp** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Aloma Shopping Center, Inc.** | Last 4 digits of account number _____ | $664,118.40 |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o The Sembler Company**
**5858 Central Avenue**
**Saint Petersburg, FL 33707**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Personal Guarantee**

37780

Debtor 1   **Tanner Evan Rupp**
Debtor 2   **Tania Rae Rupp**

Case number *(if known)* _____

---

| 4.2 | **Amex** | Last 4 digits of account number   **4843** | **$8,419.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
**Po Box 981535**
**El Paso, TX 79998**

When was the debt incurred?   **Opened 10/19  Last Active 3/25/25**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| 4.3 | **Best Version Media** | Last 4 digits of account number   _____ | **$9,995.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 505**
**Brookfield, WI 53008**

When was the debt incurred?   **11/6/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **advertising**

---

| 4.4 | **Bre Mariner Conway Crossing** | Last 4 digits of account number   _____ | **$403,338.50** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Brixmor Property Group**
**450 Lexington Avenue**
**Floor 13**
**New York, NY 10017**

When was the debt incurred?   **10/31/2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal Guarantee**

---

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                    Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 4.5 | **Capital One** | Last 4 digits of account number    **6318** | **$2,697.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**                    When was the debt incurred?    **Opened 12/15  Last Active**
**Salt Lake City, UT 84130**                                      **03/25**
Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Charge Account**

| | | | |
|---|---|---|---|
| 4.6 | **Chase Bank** | Last 4 digits of account number    **1849** | **$20,812.15** |

Nonpriority Creditor's Name
**PO Box 15123**                    When was the debt incurred?    **11/2024**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Credit Card**

| | | | |
|---|---|---|---|
| 4.7 | **Chase Bank** | Last 4 digits of account number    **9815** | **$11,337.00** |

Nonpriority Creditor's Name
**PO Box 15123**                    When was the debt incurred?    **11/2024**
**Wilmington, DE 19850-5123**
Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community debt**
☐ Student loans

**Is the claim subject to offset?**            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Credit Card**

Debtor 1  **Tanner Evan Rupp**

Debtor 2  **Tania Rae Rupp**                                    Case number (if known) _____

---

| 4.8 | **Chase Bank** | Last 4 digits of account number | **5537** | $6,654.05 |

Nonpriority Creditor's Name
**PO Box 15123**
**Wilmington, DE 19850-5123**

When was the debt incurred?  **2/2025**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.9 | **Chase Bank** | Last 4 digits of account number | **5556** | $51,159.01 |

Nonpriority Creditor's Name
**P.O. Box 15153**
**Wilmington, DE 19886-5153**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Personal Guarantee**

---

| 4.10 | **Flowater (drinkflowater.com)** | Last 4 digits of account number | | $4,875.00 |

Nonpriority Creditor's Name
**4045 Pecos Street**
**# 160**
**Denver, CO 80211**

When was the debt incurred?  **7/27/2023**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Personal Guarantee**

---

Debtor 1    **Tanner Evan Rupp**

Debtor 2    **Tania Rae Rupp**                                          Case number (if known) _____

---

**4.1 1**

**Flowater (drinkflowater.com)**

Nonpriority Creditor's Name

**4045 Pecos Street**
**# 160**
**Denver, CO 80211**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____        $6,250.00

When was the debt incurred?    **6/21/2024**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Personal Guarantee**

---

**4.1 2**

**John & Susan Rupp**

Nonpriority Creditor's Name

**6341 Mossy Oak Road**
**Saint Cloud, FL 34771**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number _____        $19,500.00

When was the debt incurred?    **2025**

As of the date you file, the claim is: Check all that apply

☒ Contingent
☒ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **personal guarantee**

---

**4.1 3**

**Jpmcb**

Nonpriority Creditor's Name

**MailCode LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number    **5432**        $56,007.19

When was the debt incurred?    **Opened 09/11  Last Active 03/25**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Credit Card**

---

Debtor 1  **Tanner Evan Rupp**

Debtor 2  **Tania Rae Rupp**

Case number (if known) _____

---

| 4.1 4 | **KRG Waterford Lakes, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o Kite Realty Group**
**Attn.: Legal Department**
**30 S Meridian, Suite 1100**
**Indianapolis, IN 46204**

When was the debt incurred?  **5/31/2023**

Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Personal Guarantee**

---

| 4.1 5 | **Laboratory Corporation** | Last 4 digits of account number  **6017** | **$163.80** |

Nonpriority Creditor's Name

**PO Box 2240**
**Burlington, NC 27216-2240**

When was the debt incurred?  **4/21/2025**

Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **medical bill**

---

| 4.1 6 | **Lifestyle Publications, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**514 W 26th Street**
**Suite 1S**
**64108**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a  community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

**As of the date you file, the claim is: Check all that apply**

- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **advertising**

---

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                          Case number (if known) _____

---

| 4.17 | | | |
|---|---|---|---|

**Pawnee Leasing Corporation**
Nonpriority Creditor's Name

**3801 Automation Way**
**Suite 207**
**Fort Collins, CO 80525**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1155**                          **$56,690.82**

When was the debt incurred?   **12/29/2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal gaurantee**

---

| 4.18 | | | |
|---|---|---|---|

**POS Portal, Inc.**
Nonpriority Creditor's Name

**180 Promenade Circle**
**Suite 215**
**Sacramento, CA 95834**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3098**                          **$1,500.00**

When was the debt incurred?   **2/2025**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **personal guarantee**

---

| 4.19 | | | |
|---|---|---|---|

**Steven & Barbara Norseth**
Nonpriority Creditor's Name

**13915 Arbor Glen Court**
**Orlando, FL 32832**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____                          **$30,000.00**

When was the debt incurred?   **3/21/2025**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Guarantee**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1   **Tanner Evan Rupp**

Debtor 2   **Tania Rae Rupp**                                              Case number *(if known)* _____

**have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| Name and Address<br>**American Express**<br>**PO Box 6031**<br>**Carol Stream, IL 60197-6031** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**Capital One**<br>**PO Box 60519**<br>**City of Industry, CA 91716-0519** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

| Name and Address<br>**JPMorgan Chase Bank**<br>**PO Box 15123**<br>**Wilmington, DE 19850-5123** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,353,516.92 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,353,516.92 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tania Rae Rupp** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Aloma Shopping Center, Inc.**<br>**c/o The Sembler Company**<br>**5858 Central Avenue**<br>**Saint Petersburg, FL 33707** | **Commercial Lease**<br>**Premises: 2083 Aloma Avenue, Space #E, Winter Park,**<br>**FL 32792**<br>**Lease Ends: 2028** |
| 2.2 | **Best Version Media**<br>**PO Box 505**<br>**Brookfield, WI 53008** | **Print ad services for print ad - 1/2H standard for Avalon**<br>**Park Living** |
| 2.3 | **Best Version Media**<br>**PO Box 505**<br>**Brookfield, WI 53008** | **Print Ad services, Digital Ad (Facebook), Digital Ad**<br>**(Google)** |
| 2.4 | **Bre Mariner Conway Crossing**<br>**c/o Brixmor Property Group**<br>**450 Lexington Avenue**<br>**Floor 13**<br>**New York, NY 10017** | **Commercial Lease located at 4415-4627 Hoffner Road,**<br>**Orlando, FL 32812 (Building Unit: #182901) Unit 116**<br>**Lease Ends:** |
| 2.5 | **Flowater (drinkflowater.com)**<br>**4045 Pecos Street**<br>**# 160**<br>**Denver, CO 80211** | **water station**<br>**Term Ends: July 2028** |
| 2.6 | **Flowater (drinkflowater.com)**<br>**4045 Pecos Street**<br>**# 160**<br>**Denver, CO 80211** | **water station**<br>**Term Ends: June 2029** |

| Debtor 1 | Tanner Evan Rupp |
|----------|------------------|
| Debtor 2 | Tania Rae Rupp   |

Case number (if known) _____

### ■ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.7 **KRG Waterford Lakes, LLC**<br>**c/o Kite Realty Group**<br>**Attn.: Legal Department**<br>**30 S Meridian, Suite 1100**<br>**Indianapolis, IN 46204** | **Commercial Lease**<br>**Premises: 12496 Lake Underhill Road, Suite 155,**<br>**Orlando, FL 32828**<br>**Lease Ends: May 2033** |
| 2.8 **Lifestyle Publications, LLC**<br>**514 W 26th Street**<br>**Suite 1S**<br>**64108** | **print ad services** |
| 2.9 **Pawnee Leasing Corporation**<br>**3801 Automation Way**<br>**Suite 207**<br>**Fort Collins, CO 80525** | **Equipment Lease** |
| 2.10 **POS Portal, Inc.**<br>**180 Promenade Circle**<br>**Suite 215**<br>**Sacramento, CA 95834** | **ING, LINK/2500 Standard, v2, PCI.5, w/PS,**<br>**WiFi/BT,Terminal/PINPad/SCR/Contactless, New** |
| 2.11 **Yoga Six Franchise SPV, LLC**<br>**17877 Von Karman Avenue**<br>**Suite 100**<br>**Irvine, CA 92614** | **Franchise Agreement** |
| 2.12 **Yoga Six Franchise, LLC**<br>**17877 Von Karman Avenue**<br>**Suite 100**<br>**Irvine, CA 92614** | **Area Development Agreement** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Tania Rae Rupp** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **New Earth Yoga II, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32828** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Pawnee Leasing Corporation** |
| 3.2 **New Earth Yoga II, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32828** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Bre Mariner Conway Crossing** |
| 3.3 **New Earth Yoga II, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32828** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Flowater (drinkflowater.com)** |

| Debtor 1 | **Tanner Evan Rupp** | Case number *(if known)* |
|---|---|---|
| | **Tania Rae Rupp** | |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.4 | **New Earth Yoga II, LLC** 9422 Bordet Court Orlando, FL 32828 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.6__ ☐ Schedule G _____ **Chase Bank** |
| 3.5 | **New Earth Yoga III LLC** 9422 Bordet Court Orlando, FL 32827 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.13__ ☐ Schedule G _____ **Jpmcb** |
| 3.6 | **New Earth Yoga IV LLC** 2083 Aloma Avenue Winter Park, FL 32792 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.1__ ☐ Schedule G _____ **Aloma Shopping Center, Inc.** |
| 3.7 | **New Earth Yoga IV LLC** 2083 Aloma Avenue Winter Park, FL 32792 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.11__ ☐ Schedule G _____ **Flowater (drinkflowater.com)** |
| 3.8 | **New Earth Yoga IV LLC** 2083 Aloma Avenue Winter Park, FL 32792 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.8__ ☐ Schedule G _____ **Chase Bank** |
| 3.9 | **New Earth Yoga IV LLC** 2083 Aloma Avenue Winter Park, FL 32792 | ■ Schedule D, line __2.3__ ☐ Schedule E/F, line _____ ☐ Schedule G _____ **Five Star Bank** |
| 3.10 | **New Earth Yoga LLC** 9422 Bordet Court Orlando, FL 32827 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.14__ ☐ Schedule G _____ **KRG Waterford Lakes, LLC** |
| 3.11 | **New Earth Yoga LLC** 9422 Bordet Court Orlando, FL 32827 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.3__ ☐ Schedule G _____ **Best Version Media** |

Debtor 1    **Tanner Evan Rupp**
           **Tania Rae Rupp**                                               Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12   **New Earth Yoga LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**Lifestyle Publications, LLC** |
| 3.13   **New Earth Yoga LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**POS Portal, Inc.** |
| 3.14   **New Earth Yoga LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Chase Bank** |
| 3.15   **Onesearch Partners, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.7**___<br>☐ Schedule G _____<br>**Chase Bank** |
| 3.16   **New Earth Yoga II, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32828** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.4**___<br>**Bre Mariner Conway Crossing** |
| 3.17   **New Earth Yoga II, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32828** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.9**___<br>**Pawnee Leasing Corporation** |
| 3.18   **New Earth Yoga II, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32828** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.5**___<br>**Flowater (drinkflowater.com)** |
| 3.19   **New Earth Yoga IV LLC**<br>**d/b/a YogaSix**<br>**2083 Aloma Avenue**<br>**Winter Park, FL 32792** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.1**___<br>**Aloma Shopping Center, Inc.** |

Debtor 1   **Tanner Evan Rupp**
   **Tania Rae Rupp**                                    Case number *(if known)* _____

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20 **New Earth Yoga IV LLC**<br>**2083 Aloma Avenue**<br>**Winter Park, FL 32792** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.6**___<br>**Flowater (drinkflowater.com)** |
| 3.21 **New Earth Yoga LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.7**___<br>**KRG Waterford Lakes, LLC** |
| 3.22 **New Earth Yoga LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.2**___<br>**Best Version Media** |
| 3.23 **New Earth Yoga LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.10**___<br>**POS Portal, Inc.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| Debtor 2 (Spouse, if filing) | **Tania Rae Rupp** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | | |
| | Employer's name | | **OneSearch Partners LLC** |
| | Employer's address | | **9422 Bordet Court**<br>**Orlando, FL 32827** |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 9,230.76 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $ 0.00 | $ 9,230.76 |

| Debtor 1 | **Tanner Evan Rupp** |
|---|---|
| Debtor 2 | **Tania Rae Rupp** |

Case number (*if known*) _____

|  |  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 0.00 | $ 9,230.76 |
| 5. **List all payroll deductions:** | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ | 0.00 | $ 706.18 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ | 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ | 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ | 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ | 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ | 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ | 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ | 0.00 + | $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ 706.18 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ | 0.00 | $ 8,524.58 |
| 8. **List all other income regularly received:** | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ | 0.00 | $ 15,961.59 |
| 8b. **Interest and dividends** | 8b. | $ | 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ | 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ | 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ | 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ | 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ | 0.00 + | $ 0.00 |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 0.00 | $ 15,961.59 |
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | 0.00 + | $ 24,486.17 = $ 24,486.17 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. +$    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $    24,486.17

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **Tanner Evan Rupp**

Debtor 2 **Tania Rae Rupp**
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

        ■ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and    ■ Yes.   Fill out this information for
    Debtor 2.                             each dependent..............

    Do not state the
    dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No |
| **Daughter** | **12** | ■ Yes |
| | | ☐ No |
| **Son** | **14** | ■ Yes |
| | | ☐ No |
| | | ☐ Yes |
| | | ☐ No |
| | | ☐ Yes |

3.  **Do your expenses include**    ■ No
    **expenses of people other than**    ☐ Yes
    **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.                                     4. $ **3,186.37**

    **If not included in line 4:**

    4a.  Real estate taxes                                                          4a. $ **1,412.00**
    4b.  Property, homeowner's, or renter's insurance                               4b. $ **341.00**
    4c.  Home maintenance, repair, and upkeep expenses                              4c. $ **340.00**
    4d.  Homeowner's association or condominium dues                                4d. $ **173.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans   5. $ **3,861.75**

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                           Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 398.01 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 385.00 |
| | 6d. | Other. Specify:   **gas bill** | 6d. $ | 62.03 |
| | | **TV** | $ | 122.23 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 2,500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 6,795.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 75.00 |
| 10. | **Personal care products and services** | | 10. $ | 65.92 |
| 11. | **Medical and dental expenses** | | 11. $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 39.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 458.47 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 759.64 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   **Gym Membership** | | 21. +$ | 133.14 |
| | **Storage Unit** | | +$ | 153.75 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 21,711.31 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 21,711.31 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 24,486.17 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 21,711.31 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | 2,774.86 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    | Explain here: **Debtor has received an offer for a position starting approx. in August 2025. This position comes with benefits.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Tanner Evan Rupp** |
| | First Name _____ Middle Name _____ Last Name |
| Debtor 2 | **Tania Rae Rupp** |
| (Spouse if, filing) | First Name _____ Middle Name _____ Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X  **/s/ Tanner Evan Rupp** | X  **/s/ Tania Rae Rupp** |
|---|---|
| **Tanner Evan Rupp** | **Tania Rae Rupp** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  **June 24, 2025** | Date  **June 24, 2025** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Tanner Evan Rupp** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tania Rae Rupp** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips | **$120,000.00** | ☐ Wages, commissions, bonuses, tips | **$-697,635.00** |
| | ☐ Operating a business | | ■ Operating a business | |

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                   Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2023 )** | ■ Wages, commissions,<br>bonuses, tips | $115,385.00 | ☐ Wages, commissions,<br>bonuses, tips | $-420,182.00 |
| | ☐ Operating a business | | ■ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from**<br>**each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|
| **Truist Financial**<br>**Attn: Bankruptcy**<br>**214 N Tryon Street**<br>**Charlotte, NC 28202** | 3/20/2025 -<br>6/21/2025 | $15,021.87 | $423,779.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  __HELOC__ |

| Debtor 1 | **Tanner Evan Rupp** | | |
|---|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* | |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **First Tech FCU**<br>**Attn: Bankruptcy**<br>**9960 Stevens Creek Blvd**<br>**Cupertino, CA 95014** | **3/20/2025 -**<br>**6/18/2025** | **$12,745.45** | **$705,603.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Jpmcb**<br>**MailCode LA4-7100**<br>**700 Kansas Lane**<br>**Monroe, LA 71203** | **3/20/2025 -**<br>**6/18/2025** | **$12,000.00** | **$46,971.00** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ■ No
   ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

| Debtor 1 | **Tanner Evan Rupp** |
|---|---|
| Debtor 2 | **Tania Rae Rupp** |

Case number *(if known)* _____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **St. Jude** | **contributions** | **6/2023 - 12/2024** | **$4,750.00** |
| **InnerScience Research Fund** | **donation** | **8/2024 - 3/2025** | **$1,696.00** |

---

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Tanner Evan Rupp**

Debtor 2    **Tania Rae Rupp**                                                                      Case number (*if known*) _____

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **BransonLaw, PLLC**<br>**1501 E. Concord Street**<br>**Orlando, FL 32803**<br>jeff@bransonlaw.com | **Attorney Fees** | **4/2025 -**<br>**5/2025** | $16,500.00 |
| **Debthelper.com**<br>**1325 N. Congress Avenue**<br>**West Palm Beach, FL 33401**<br>www.debthelper.com | **Pre-Filing Financial Credit Counseling Course** | 5/12/2025 | $24.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Boris & Shannon Dynowski**<br>**1506 West 40th Street**<br>**Loveland, CO 80538**<br><br>**none** | **the sale of Debtors property located at 100 Vista Bluff, Destin, FL** | **Payoff from closing to First Tech Federal Credit Union $1,367,556.55 Payoff from clsoing to Five Star Bank $560,261.43 Payment to Five Star Bank $36,087.85** | **10/25/2024** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | **Tanner Evan Rupp** | | |
|---|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | | Case number *(if known)* |

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Bank**<br>**13824 Narcoossee Road**<br>**Orlando, FL 32832** | XXXX-8037 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/17/2025 | $0.00 |
| **Chase Bank** | XXXX-3709 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/17/2025 | $0.00 |
| **Chase Bank** | XXXX-9275 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/20/2025 | $0.00 |
| **Schools First Federal Credit Union**<br>**PO Box 11547**<br>**Santa Ana, CA 92711** | XXXX-5704 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/20/2025 | Unknown |
| **SchoolsFirst Federal Credit Union**<br>**PO Box 11547**<br>**Santa Ana, CA 92711** | XXXX-5712 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/20/2025 | Unknown |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

| Name of Storage Facility<br>Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it?<br>Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**12915 Narcoossee Road**<br>**Orlando, FL 32832** | **Tanner Evan Rupp**<br>**9422 Bordet Court**<br>**Orlando, FL 32827-7525**<br><br>**Tania Rae Rupp**<br>**9422 Bordet Court**<br>**Orlando, FL 32827-7525** | **holiday decor, skis, working desk, cooler** | ☐ No<br>☑ Yes |

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Where is the property?<br>*(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address *(Number, Street, City, State and ZIP Code)* | Governmental unit<br>Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Tanner Evan Rupp** | |
|---|---|---|
| Debtor 2 | **Tania Rae Rupp** | Case number *(if known)* |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ **No**
- ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation
- ☐ **No. None of the above applies.  Go to Part 12.**
- ■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|
| **Sakura Closet Design LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | **wood working** | EIN: | **99-4077405** |
| | | From-To | **7/18/2024 - 4/30/2025** |
| **Onesearch Partners, LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | **staffing/recruiting** | EIN: | **92-1153329** |
| | | From-To | **11/17/2022 - Active** |
| **New Earth Yoga Staff LLC**<br>**12496 Lake Underhill Road**<br>**Suite 155**<br>**Orlando, FL 32828** | **staffing company** | EIN: | **33-2556075** |
| | | From-To | **12/23/2024 - 6/9/2025** |
| **New Earth Yoga Holding Company**<br>**LLC**<br>**12496 Lake Underhill Road**<br>**Suite 155**<br>**Orlando, FL 32828** | **holding company** | EIN: | **92-4022585** |
| | | From-To | **5/10/2023 - Active** |
| **New Earth Yoga LLC**<br>**12496 Lake Underhill Road**<br>**Suite 155**<br>**Orlando, FL 32828** | **fitness - yoga studio** | EIN: | **88-3978532** |
| | | From-To | **8/26/2022 - Active** |
| **New Earth Yoga II LLC**<br>**4469 Hoffner Avenue**<br>**Orlando, FL 32812** | **fitness - yoga studio** | EIN: | **92-0335029** |
| | | From-To | **09/09/2022 - 6/6/2025** |
| **New Earth Yoga III LLC**<br>**9422 Bordet Court**<br>**Orlando, FL 32827** | **fitness - yoga studio** | EIN: | **92-3288904** |
| | | From-To | **5/8/2023 - 4/25/2025** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Tanner Evan Rupp**
Debtor 2    **Tania Rae Rupp**                                    Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed |
| **New Earth Yoga IV LLC**<br>**2083 Aloma Avenue**<br>**Winter Park, FL 32792** | **fitness - yoga studio** | EIN:    **93-1664148**<br><br>From-To    **06/15/2023 - 6/6/2025** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Tanner Evan Rupp**                                    **/s/ Tania Rae Rupp**
_____                            _____
**Tanner Evan Rupp**                                       **Tania Rae Rupp**
**Signature of Debtor 1**                                  **Signature of Debtor 2**

Date    **June 24, 2025**                                   Date    **June 24, 2025**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

**Chapter 11: Reorganization**

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |   |   |
|---|---|---|
|   | $200 | filing fee |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |   |   |
|---|---|---|
|   | $235 | filing fee |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

## United States Bankruptcy Court
### Middle District of Florida

In re   **Tanner Evan Rupp**
      **Tania Rae Rupp**                                        Case No. _____
                                      Debtor(s)             Chapter    **11**_____

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **June 24, 2025**_____         **/s/ Tanner Evan Rupp**_____
                                               **Tanner Evan Rupp**
                                             Signature of Debtor

Date:   **June 24, 2025**_____         **/s/ Tania Rae Rupp**_____
                                               **Tania Rae Rupp**
                                           Signature of Debtor

Tanner Evan Rupp
9422 Bordet Court
Orlando, FL 32827-7525

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Tania Rae Rupp
9422 Bordet Court
Orlando, FL 32827-7525

Chartway Federal Cu
5700 Cleveland St
Virginia Beach, VA 23462

JPMorgan Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Chase Bank
PO Box 15123
Wilmington, DE 19850-5123

KRG Waterford Lakes, LLC
c/o Kite Realty Group
Attn.: Legal Department
30 S Meridian, Suite 1100
Indianapolis, IN 46204

Aloma Shopping Center, Inc.
c/o The Sembler Company
5858 Central Avenue
Saint Petersburg, FL 33707

Chase Bank
P.O. Box 15153
Wilmington, DE 19886-5153

Laboratory Corporation
PO Box 2240
Burlington, NC 27216-2240

American Express
PO Box 6031
Carol Stream, IL 60197-6031

First Tech FCU
Attn: Bankruptcy
9960 Stevens Creek Blvd
Cupertino, CA 95014

Lifestyle Publications, LLC
514 W 26th Street
Suite 1S
64108

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998

First Tech Federal Credit Un
181 East Tasman Drive
Suite 10
San Jose, CA 95134

New Earth Yoga III LLC
9422 Bordet Court
Orlando, FL 32827

Best Version Media
PO Box 505
Brookfield, WI 53008

Five Star Bank
PO Box 779000
Rocklin, CA 95677

Onesearch Partners, LLC
9422 Bordet Court
Orlando, FL 32827

Bre Mariner Conway Crossing
c/o Brixmor Property Group
450 Lexington Avenue
Floor 13
New York, NY 10017

Flowater (drinkflowater.com)
4045 Pecos Street
# 160
Denver, CO 80211

Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80525

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

John & Susan Rupp
6341 Mossy Oak Road
Saint Cloud, FL 34771

POS Portal, Inc.
180 Promenade Circle
Suite 215
Sacramento, CA 95834

Schoolsfirst Fcu
15442 Newport Avenue
Titusville, FL 32780


Steven & Barbara Norseth
13915 Arbor Glen Court
Orlando, FL 32832


Truist Financial
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202


U.S. Small Business Admin.
7825 Baymeadows Way Ste 100-
Jacksonville, FL 32256


Yoga Six Franchise SPV, LLC
17877 Von Karman Avenue
Suite 100
Irvine, CA 92614


Yoga Six Franchise, LLC
17877 Von Karman Avenue
Suite 100
Irvine, CA 92614